1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  RYAN L. HARRISON Bar No. 230584
   ryan.harrison@sdma.com
3  rebecca.hull@sdma.com
   One Market Plaza
4  Steuart Tower, 8th Floor
   San Francisco, California 94105
5  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
6
   Attorneys for Defendants
7  Metropolitan Life Insurance Company and
   TriNet Group, Inc. and its Subsidiaries Welfare Plan
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THUYTIEN DO, | CASE NO. CV 09-1505 MMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER SELECTING ADR PROCESS** |
| METROPOLITAN LIFE INSURANCE COMPANY; TRINET GROUP, INC. AND ITS SUBSIDIARIES WELFARE PLAN, | |
| Defendants. | |

      Counsel for plaintiff and defendants report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

      The parties agree to participate in mediation with the assistance of a mediator from the Court Appointed Panel (ADR L.R. 6).

DATED: July 9, 2009          SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Ryan L. Harrison
    Rebecca A. Hull
    Ryan L. Harrison
    Attorneys for Defendants
    METROPOLITAN LIFE INSURANCE COMPANY;
    GMAC MORTGAGE GROUP LONG TERM
    DISABILITY PLAN

DATED: July 9, 2009          KANTOR & KANTOR, LLP

By: /s/ Alan E. Kassan (as authorized 7/10/09)
    Alan E. Kassan
    Attorneys for Plaintiff
    THUYTIEN DO

### ORDER

Pursuant to the Stipulation above, the parties will participate in mediation with the assistance of a mediator from the Court Appointed Panel. The deadline to complete mediation is 90 days from the date of this order.
IT IS SO ORDERED.

Dated: July 10, 2009

_____
UNITED STATES DISTRICT COURT JUDGE