IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUYTIEN DO, | No. C 09-1505 MMC |
|     Plaintiff, | |
|   v. | **ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY** |
| METROPOLITAN LIFE INSURANCE COMPANY, et al., | |
|     Defendants. / | |

Good Cause Appearing,

The request of plaintiff's counsel to appear telephonically at the July 24, 2009 Case Management Conference is hereby GRANTED.

It is Further Ordered that counsel for both parties shall appear by telephone.

**IT IS SO ORDERED.**

Dated: July 17, 2009

                                      MAXINE M. CHESNEY
                                      United States District Judge