1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  RYAN L. HARRISON Bar No. 230584
   ryan.harrison@sdma.com
3  rebecca.hull@sdma.com
   One Market Plaza
4  Steuart Tower, 8th Floor
   San Francisco, California 94105
5  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
6
7  Attorneys for Defendants
   Metropolitan Life Insurance Company and
   TriNet Group, Inc. and its Subsidiaries Welfare Plan
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THUYTIEN DO, | CASE NO. CV 09-1505 MMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING THE ADR DEADLINE** |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY; TRINET GROUP, INC. AND ITS SUBSIDIARIES WELFARE PLAN, | |
| Defendants. | |

Plaintiff Thuytien Do ("plaintiff") and defendants Metropolitan Life Insurance Company ("MetLife"), TriNet Group, Inc. and its Subsidiaries Welfare Plan ("Plan"), by and through their respective counsel of record, hereby submit this stipulation and proposed order to extend the time for completion of ADR procedures to and including December 18, 2009.

Good cause exists for the requested extension. The parties were scheduled for a mediation with Robert Schwartz, Esq., through the Court's ADR program, which had been to take place on October 23, 2009. Counsel for MetLife and the Plan, however, learned after the mediation date was scheduled that a hearing had been set in another matter, which conflicts with the scheduled mediation date, and which requires the personal attendance of the lead attorney for

defendants in this matter.[1]  As such, the mediation date must be reset, but it is not possible for it to be set in the near future.  Moreover, the parties have been engaged in meaningful settlement discussions and believe resolution may be possible within the next 60 days even without the assistance of the assigned mediator.

The parties are hopeful that the matter will be resolved within the proposed extended deadline, given that they are currently in discussions for possible resolution even without the assistance of the assigned mediator.  Should that prove not to be a fruitful exercise, however, the parties will undertake to mediate the matter within the proposed extended deadline.

IT IS SO STIPULATED.

DATED: October 22, 2009            SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Rebecca A. Hull
    Rebecca A. Hull
    Ryan L. Harrison
    Attorneys for Defendants
    METROPOLITAN LIFE INSURANCE COMPANY;
    GMAC MORTGAGE GROUP LONG TERM
    DISABILITY PLAN

DATED: October 22, 2009            KANTOR & KANTOR, LLP

By: /s/ Alan E. Kassan (as authorized 10/22/09)
    Alan E. Kassan
    Attorneys for Plaintiff
    THUYTIEN DO

**ORDER**

Pursuant to the Stipulation above, and good cause appearing therefor, the parties are ordered and directed to participate in mediation with the assistance of a mediator from the Court Appointed Panel, on or before December 18, 2009.

IT IS SO ORDERED.

Dated: November 3, 2009

_____
UNITED STATES DISTRICT COURT JUDGE

---

[1] Although a more junior attorney also is counsel of record for defendants, he relocated to defense counsel's Austin, Texas, office a few weeks ago and is not available to attend the mediation.